## **INDEX OF EXHIBITS**

EXHIBIT 1  Subpoena

EXHIBIT 2  Order Vacating Prior Early Discovery Orders and Order to Show Cause, Central District of California, Case No. 12-5712, *AF Holdings, LLC v. John Doe*

EXHIBIT 3  Civil Minutes – General
Central District of California, Consolidated Cases, *Malibu Media LLC v. John Does 1-10*