UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

**MALIBU MEDIA, LLC.**

      **Plaintiff,**         Case No. 14-cv-12471

      v.                                   **HONORABLE JOHN CORBETT O'MERA**
                                                            **DISTRICT COURT JUDGE**

**JOHN DOE subscriber**
**assigned to IP address**         **HONORABLE R. STEVEN WHALEN**
**98.243.118.0**                           **MAGISTRATE JUDGE**

      **Defendant.**

_____

### STIPULATED ORDER

The Parties, by and through their respective counsel, have hereby stipulated and agreed that the hearing scheduled on Defendant's Motion to Quash Subpoena, currently scheduled for October 7, 2014 at 10:00 a.m., be adjourned for at least 30 days so that the parties may have time to resolve the issues raised in this litigation.

**IT IS ORDERED** that the hearing on Defendant's Motion to Quash Subpoena scheduled for October 7, 2014 at 10:00 a.m. is **ADJOURNED**. The Court will reschedule the hearing, and will send out notice to the parties upon rescheduling.

                                                                             s/R. Steven Whalen_____
                                                                             U.S. MAGISTRATE JUDGE

AGREED AND STIPULATED:


 /s/ Paul J. Nicoletti                             /s/ Cindy Rhodes Victor       
  PAUL J. NICOLETTI (P44419)              CINDY RHODES VICTOR (P33613)
  Counsel for Plaintiff                              Counsel for Defendant